IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| IDA MAE LOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-877-WKW |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY CO., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On February 16, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Plaintiff's motion to remand (Doc. # 7) is GRANTED; and

(3) This case is REMANDED to the Circuit Court of Macon County, Alabama, for lack of subject matter jurisdiction.

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 2nd day of March, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE